# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 41732

| | |
|---|---|
| STATE OF IDAHO, | 2014 Unpublished Opinion No. 639 |
| Plaintiff-Respondent, | Filed: July 24, 2014 |
| v. | Stephen W. Kenyon, Clerk |
| COLTON R. KING-WHITEWATER, aka COLTON KING, COLTON WHITEWATER, | THIS IS AN UNPUBLISHED OPINION AND SHALL NOT BE CITED AS AUTHORITY |
| Defendant-Appellant. | |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. George A. Southworth, District Judge.

Judgment of conviction and unified sentence of eight years, with three years determinate, for injury to children, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Erik R. Lehtinen, Chief, Appellate Unit; Abel J. Thomas, Limited License Legal Intern, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

---

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and MELANSON, Judge

---

PER CURIAM

Colton R. King-Whitewater pled guilty to injury to children, Idaho Code § 18-1501(1). The district court sentenced King-Whitewater to a unified sentence of eight years, with three years determinate. King-Whitewater appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, King-Whitewater's judgment of conviction and sentence are affirmed.